| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )    CR. S. 06-346 LKK |
| v. | ) |
| SERAFIN DELGADO-SANTANA | ) |
| | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum          () Ad Testificandum

Name of Detainee:        **SERAFIN DELGADO-SANTANA**
Detained at (custodian):  **California Medical Facility at Vacaville**
Detainee is:      a.)    (X) charged in this district by:  (X) Indictment  () Information  () Complaint
                     charging detainee with: Being a Deported Alien Found in the United States
      or     b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:     a.)    () return to the custody of detaining facility upon termination of proceedings
      or     b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                  is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:                    /s/ Michael Beckwith
Printed Name & Phone No:    MICHAEL BECKWITH/916-554-2797
Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum                () Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date:  9/6/06

                                 /s/ Gregory G. Hollows

delgado.ord                            United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male X  Female |
| Booking or CDC #: | F00732 | DOB: |
| Facility Address: | 1600 California Avenue | Race: |
| | Vacaville, CA 95696 | FBI #: 641335AC9 |
| Facility Phone: | 707-597-6841 | |
| Currently Incarcerated For: | | |

## RETURN OF SERVICE

Executed on                          By:                          
                                                  (Signature)