1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SERAFIN DELGADO-SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-06-346-LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER;** |
|  | )   **ORDER EXCLUDING TIME** |
| SERAFIN DELGADO-SANTANA, | ) |
|  | ) Date: September 5, 2007 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 5, 2007 be vacated, and the matter set for status conference on October 2, 2007 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigation the facts of the case.

   Based upon the foregoing, the parties agree that under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 2, 2007 pursuant to 18 U.S.C. §3161

1  (h)(8)  From September 4, 2007 (the date of the execution of this
2  stipulation (B)(iv) and Local Code T4 based upon continuity of counsel
3  and defense preparation;

4  DATED:   September 4, 2007.                Respectfully submitted,

5                                             DANIEL J. BRODERICK
                                              Federal Public Defender
6

7
   DATED:   September 4, 2007.                _____
8                                             LINDA C. HARTER
                                              Chief Assistant Federal Defender
9                                             Attorney for Defendant

10                                            McGREGOR W. SCOTT
                                              United States Attorney
11

12
   DATED:   September 4, 2007.                _____
13                                            KYLE REARDON
                                              Assistant U.S. Attorney
14                                            Attorney for Plaintiff

2

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(1)(F), Local Code (E) and §3161(h)(8)(B)(iv) and Local Code T4.

DATED: September 4, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3