DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
SERAFIN DELGADO-SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERAFIN DELGADO-SANTANA,<br><br>    Defendant. | NO. CR.S-06-346-LKK<br><br>**STIPULATION AND ORDER;**<br>**ORDER EXCLUDING TIME**<br><br>Date: September 5, 2007<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 5, 2007 be vacated, and the matter set for status conference on October 2, 2007 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigation the facts of the case.

Based upon the foregoing, the parties agree that under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 2, 2007 pursuant to 18 U.S.C. §3161

1  (h)(8)  From September 4, 2007 (the date of the execution of this
2  stipulation (B)(iv) and Local Code T4 based upon continuity of counsel
3  and defense preparation;

4  DATED: September 5, 2007.           Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Public Defender

7
   DATED:  September 5, 2007.          /s/ Linda C. Harter
8                                      LINDA C. HARTER
                                       Chief Assistant Federal Defender
9                                      Attorney for Defendant

10                                     McGREGOR W. SCOTT
                                       United States Attorney

12
   DATED:  September 5, 2007.          /s/Kyle Reardon
13                                     KYLE REARDON
                                       Assistant U.S. Attorney
14                                     Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(1)(F), Local Code (E) and §3161(h)(8)(B)(iv) and Local Code T4.

DATED: September 12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT