```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SERAFIN DELGADO-SANTANA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-346 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| SERAFIN DELGADO-SANTANA, | ) | |
| | ) | |
| | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| | ) | |

This matter came before the Court for Status Conference on October 2, 2007, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Kyle Reardon. Defendant Serafin Delgado-Santana was present in custody, and was represented by his counsel, Chief Assistant Federal Defender Linda Harter.

Defense counsel requested that the matter be set for further Status Conference on October 16, 2007 at 9:30 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

1    IT IS HEREBY ORDERED that this matter be set for further Status
2 Conference on October 16, 2007 at 9:30 a.m..
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
4 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
5 from October 2, 2007 to and including October 16, 2007 is excluded from
6 the time computations required by the Speedy Trial Act due to ongoing
7 preparation of counsel.
8 DATED: October 3, 2007

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```